UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent | §<br>§<br>§ | |
| VS. | §<br>§ | CR. NO. C-06-282<br>C.A. No. C-07-393 |
| RICKEY BOBBITT,<br>    Defendant/Movant | §<br>§<br>§ | |

### ORDER

It is hereby ORDERED that the Respondent's Motion for Extension of Time to File an Answer to Movant's Section 2255 Motion is GRANTED. The United States is ordered to file an answer in the instant cause by January 30, 2008.

The Clerk of this Court shall send a copy of this Order to the parties by any receipted means.

SIGNED and ORDERED this 30th day of November, 2007.

Janis Graham Jack
United States District Judge